NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA

Cause Number: CC-18-70
*(The Clerk's office will fill in the Cause Number when you file this form)*

Plaintiff: **IN RE: DONACIANO ALDRETE, JR.**
*(Print first and last name of the person filing the lawsuit.)*

And

Defendant: **DECEASED**
*(Print first and last name of the person being sued.)*

In the **229th**
Court Number

**Jim Hogg**
County

*(check one):*
☒ District Court
☐ County Court / County Court at Law
☐ Justice Court

Texas

# Statement of Inability to Afford Payment of Court Costs or an Appeal Bond

## 1. Your Information

My full legal name is: **Donaciano** **Aldrete** **III**
    *First*    *Middle*    *Last*

My date of birth is: **06** / **10** / **60**
    *Month/Day/Year*

My address is: *(Home)* **415 Longshadow, Laredo, Texas 78041**

    *(Mailing)* **415 Longshadow, Laredo, Texas 78041**

My phone number: **956-744-0506** My email: **chanoa1969@hotmail.com**

About my **dependents**: "The people who depend on me financially are listed below.

| Name | Age | Relationship to Me |
|------|-----|--------------------|
| 1 N/A | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |

## 2. Are you represented by Legal Aid?

☐ I am being represented in this case for free by an attorney who works for a legal aid provider or who received my case through a legal aid provider. I have attached the certificate the legal aid provider gave me as 'Exhibit: Legal Aid Certificate.

**-or-**

☐ I asked a legal-aid provider to represent me, and the provider determined that I am financially eligible for representation, but the provider could not take my case. I have attached documentation from legal aid stating this.

or-

☒ I am not represented by legal aid. I did not apply for representation by legal aid.

## 3. Do you receive public benefits?

☒ I do not receive needs-based public benefits. **- or -**
☐ I receive these **public benefits/government entitlements** that are based on indigency:
    *(Check ALL boxes that apply and attach proof to this form, such as a copy of an eligibility form or check.)*
☐ Food stamps/SNAP    ☐ TANF  ☐ Medicaid    ☐ CHIP  ☐ SSI  ☐ WIC    ☐ AABD
☐ Public Housing or Section 8 Housing    ☐ Low-Income Energy Assistance    ☐ Emergency Assistance
☐ Telephone Lifeline    ☐ Community Care via DADS    ☐ LIS in Medicare ("Extra Help")
☐ Needs-based VA Pension    ☐ Child Care Assistance under Child Care and Development Block Grant
☐ County Assistance, County Health Care, or General Assistance (GA)
☐ Other: _____

## 4. What is your monthly income and income sources?

"I get this monthly income:

$ 0.00 in monthly wages. I work as a Chef _____ for Self Employed _____.
_Your job title_ — _Your employer_

$ _____ in monthly unemployment. I have been unemployed since *(date)* _____.

$ _____ in public benefits per month.

$ _____ from other people in my household each month: *(List only if other members contribute to your household income.)*

$ _____ from ☐ Retirement/Pension ☐ Tips, bonuses ☐ Disability ☐ Worker's Comp
☐ Social Security ☐ Military Housing ☐ Dividends, interest, royalties
☐ Child/spousal support
☐ My spouse's income or income from another member of my household *(If available)*

$ _____ from other jobs/sources of income. *(Describe)* _____

$ _____ is my *total* monthly income.

## 5. What is the value of your property?

"My **property** includes:

| | Value* |
|---|---|
| Cash | $ |
| Bank accounts, other financial assets | |
| n/a | $ |
| | $ |
| | $ |
| Vehicles (cars, boats) *(make and year)* | |
| 2008 Scion XB | $ 2,000.00 |
| | $ |
| | $ |
| Other property (like jewelry, stocks, land, another house, etc.) | |
| n/a | $ |
| | $ |
| | $ |
| ***Total* value of property** → | $ 2,000.00 |

## 6. What are your monthly expenses?

"My **monthly expenses** are:

| | Amount |
|---|---|
| Rent/house payments/maintenance | $ |
| Food and household supplies | $ |
| Utilities and telephone | $ 130.00 |
| Clothing and laundry | $ |
| Medical and dental expenses | $ |
| Insurance (life, health, auto, etc.) | $ |
| School and child care | $ |
| Transportation, auto repair, gas | $ |
| Child / spousal support | $ |
| Wages withheld by court order | $ |
| Debt payments paid to: *(List)* | $ |
| | $ |
| | $ |
| ***Total* Monthly Expenses** → | $ 130.00 |

*The value is the amount the item would sell for less the amount you still owe on it, if anything.

## 7. Are there debts or other facts explaining your financial situation?

"My **debts** include: *(List debt and amount owed)* See Exhibit A

_____

_____ "

*(If you want the court to consider other facts, such as unusual medical expenses, family emergencies, etc., attach another page to this form labeled "Exhibit: Additional Supporting Facts.")* **Check here if you attach another page.** ☑

## 8. Declaration

I declare under penalty of perjury that the foregoing is true and correct. I further swear:
☒ I cannot afford to pay court costs.
☐ I cannot furnish an appeal bond or pay a cash deposit to appeal a justice court decision.

My name is Donaciano Aldrete, III _____. My date of birth is : 06 /10 /1960.

My address is 415 Longshadow, Laredo, Texas 78041

| _Street_ | _City_ | _State_ | _Zip Code_ | _Country_ |

Signed on 09 /18 /202 in Webb County, Texas

_Signature_ — _Month/Day/Year_ — _county name_ — _State_

© Form Approved by the Supreme Court of Texas by order in Misc. Docket No. 16-9122
*Statement of Inability to Afford Payment of Court Costs*

EXHIBIT A: ADDITIONAL SUPPORTING FACTS

"My name is Donaciano Aldrete, III. I am over 18 years of age. I am of sound mind and fully competent to testify to the matters stated herein. I have never been convicted of a felony or other crime involving dishonesty or moral turpitude and I am not suffering from any disability, which would impair my ability to know or perceive the truth. Furthermore, I have personal knowledge of the facts stated herein and they are all true and correct.

"I am providing this additional information in support of my 'Statement of Inability to Afford Payment of Court Costs or an Appeal Bond.'

"I am a self employed chef. I hire out as a caterer and I provide meals for persons giving intimate dinner parties. I also sell speciality bar-b-que on some weekends on a limited, plate by plate basis.

"At the onset of the COVID-19 pandemic, in March of this year, the City of Laredo placed significant restrictions on gatherings, and issued shelter in place orders, that effectively made it impossible for me to earn a living. There have been no gatherings for which I can prepare food, and the restaurants in town are not looking to hire any new employees, focusing on retaining the employees they have while they attempt to remain viable at significantly reduced occupancy limits imposed by the State and the City.

"I now make only enough money to pay my cell phone bill and for some gasoline for my twelve year old car, and I currently live in my elderly mother's house in order to save as many expenses as possible.

"I have been able to scratch enough money together to pay the fee for the Clerk's record on appeal in my case, as well as the filing fee. However, the reporter's record will cost in excess $1,700.00. I will not be able to pay that amount any time soon. I would be happy to make payments to the court reporter, but he has not been willing, understandably, to take payments."

FURTHER AFFIANT SAYETH NAUGHT.

By: _____
Donaciano Aldrete, III

SWORN TO AND SUBSCRIBED before me on the 18th day of September 2020.

NOTARY PUBLIC, STATE OF TEXAS:

_____

VANESA LIZETHEE SAN MIGUEL
Notary Public, State of Texas
Comm. Expires 05-06-2023
Notary ID 130216069

NOTARY'S PRINTED NAME:

Vanesa San Miguel
My Commission Expires on: May 6, 2023